**In the Interest of: B., D.O.**

**Janice SCHEURER, Juvenile Officer, Respondent,**

v.

**George Anthony HOLLINS, Appellant.**

**No. 71795.**

Missouri Court of Appeals,
Eastern District,
Division Six.

Sept. 16, 1997.

Charles A. Parmenter, St. Louis, for appellant.

Cynthia Harcourt-Hearring, Clayton, for respondent.

Before REINHARD, P.J., and KAROHL and DOWD, JJ.

### ORDER

PER CURIAM.

Father of D.O.B., born March 15, 1994, appeals from a judgment terminating his parental rights. We affirm. The judgment of the court is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).